ALBERT VAN NOSTRAND, Respondent, v. DWIGHT-MURRAY REALTY COMPANY

and Another, Defendants, Impleaded with JEREMIAH ZIMMERMAN, Appellant.—
Judgment of the County Court of Queens county reversed upon the law and the
facts, and judgment directed in favor of defendant Zimmerman, with costs,
establishing the lien of the mortgage for $6,420, held by him as concurrent with
the $55,000 mortgage held by plaintiff, both said mortgages to be foreclosed and
to be paid equally and proportionately from the proceeds of sale. Findings of
fact VI, VII, XVIII, XIX and XXV, and all the conclusions of law contained
in the decision of the trial court are reversed. This court finds the eleventh
finding of fact, and the first, second and third conclusions of law proposed by the
defendant Zimmerman. In our opinion the evidence of the alleged oral agreement
that the mortgage held by defendant Zimmerman was to be subordinated to
plaintiff's mortgage was improperly received, as its effect was to add to and vary
the terms of the written agreement of May 22, 1909 (Exhibit E). Both were
purchase-money mortgages, and were concurrent liens. Kelly, P. J., Manning,
Kelby, Young and Kapper, JJ., concur. Settle order on notice.